UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

OSHAINE SHEPHERD,

        *Plaintiff,*

v.

HOST INTERNATIONAL, INC., and
MARY E. COLLINS, *individually,*

        *Defendants.*

CASE NO.: 17-CV-3500 (MKB) (RML)

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Host International, Inc. ("Defendant"), hereby provides the name of any parent corporation of Defendant, or any publicly held corporation that owns 10% or more of Defendant's stock.

    Autogrill Group, Inc.
    Autogrill Group International, Inc.
    Autogrill Overseas, Inc.
    Autogrill SpA
    HMSHost Corporation

Dated: August 11, 2017
       New York, New York

**BAKER & HOSTETLER LLP**

/s/ *Saima Z. Sheikh*
Saima Z. Sheikh
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
Tel: 212 589-4200
Fax: 212 589-4201
Email: ssheikh@bakerlaw.com

/s/ *Margaret Rosenthal*
Margaret Rosenthal
(*pro hac vice* application to be submitted)
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025
Telephone: (310)-442-8893
Facsimile: (310)-963-6339
Email: mrosenthal@bakerlaw.com
*Attorneys for Defendant
Host International, Inc.*