# INITIAL CONFERENCE QUESTIONNAIRE

**CASE NAME: Shepherd v. HMS Host Inc.**       **DOCKET NO.: 17-cv-3500**

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: October 20, 2017

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by:
   plaintiff(s) __0__ and defendant(s) __0__

3. Maximum number of requests for admission by: plaintiff(s) __10__ and defendant(s) __10__

4. Number of depositions by plaintiff(s) of: parties __4__ non-parties __1__

5. Number of depositions by defendant(s) of: parties __1__ non-parties __4__

6. Time limits for depositions: Seven hours, unless otherwise agreed to by the parties or ordered by the Court.

7. Date for completion of factual discovery: April 20, 2018

8. Number of expert witnesses of plaintiff(s): __0__ medical __0__ non-medical

   Date for expert report(s): May 14, 2018

9. Number of expert witnesses of defendant(s): __1__ medical __1__ non-medical
   Defendants reserve the right to call at least one medical expert and one damages expert.
   Date for expert report(s): June 7, 2018

10. Date for completion of expert discovery: June 14, 2018

11. Time for amendment of the pleadings by plaintiff(s) October 20, 2017
    or by defendant(s) October 20, 2017

12. Number of proposed additional parties to be joined by plaintiff(s) __0__ and by defendant(s) __0__ and time for completion of joinder: October 20, 2017

13. Types of contemplated dispositive motions: plaintiff(s): Summary Judgment
                                               defendant(s): Summary Judgment

14. Dates for filing contemplated dispositive motions: plaintiff(s): June 29, 2018
                                                      defendant(s): June 29, 2018

15. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference. No, because this is not an e-discovery case.

16. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ___   No  x 

17. This case should be ordered to arbitration at the close of discovery   __No_____ (yes/no)

18. This case should be ordered to mediation (now or at a later date)    Yes_____(yes/no)
    (Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether arbitration or mediation is appropriate in this case and be prepared to explain their reasons to the court)

    The parties reserve the right to request Court-annexed mediation, private mediation, or a settlement conference before a Magistrate Judge at a later date.

---

* The fillable consent form AO 85 may be found at https://www.nyed.uscourts.gov/forms/all-forms/general_forms and may be filed electronically upon completion prior to the initial conference, or brought to the initial conference and presented to the Court for processing.